Vicki Piontek, Esquire

**PIONTEK LAW OFFICE**
**951 ALLENTOWN ROAD**
**LANSDALE, PA 19446**
Telephone: (877) 737-8617

Phone: (877) 737-8617
Fax: 866-408-6735
Email: palaw@justice.com

January 31, 2012

United States District Court
For the Eastern District of Pennsylvania
601 Market Street
Philadelphia, Pennsylvania

**Re:   Galanti v. Capital One   11-cv-04460**

Your Honor:

Please be advised that the above captioned case has been resolved. Plaintiff no longer wishes to pursue the claim.

Sincerely,

*Vicki Piontek*

Vicki Piontek, Esquire
Attorney at Law